# UNITED STATES BANKRUPTCY COURT
# DISTRICT 1

| | |
|---|---|
| In re:<br>BRETT TYLER HART<br>CHRISTINE LYNN HART<br>Debtors | Case No. 05-20500 |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

 Amrane Cohen, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

 1) The case was filed on <u>10/14/2005</u>.

 2) The plan was confirmed on <u>01/26/2006</u>.

 3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on <u>03/02/2009</u>.

 4) The trustee filed action to remedy default by the debtor in performance under the plan on <u>07/11/2006, 10/12/2006, 10/08/2008</u>.

 5) The case was completed on <u>03/10/2009</u>.

 6) Number of months from filing to last payment: <u>41.00</u>.

 7) Number of months case was pending: <u>45</u>.

 8) Total value of assets abandoned by court order: <u> NA </u>.

 9) Total value of assets exempted: <u> NA </u>.

 10) Amount of unsecured claims discharged without payment: <u>$102,377.97</u>.

 11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (4/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $67,887.00 |
| Less amount refunded to debtor | $109.28 |

**NET RECEIPTS:** $67,777.72

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $1,330.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $6,589.17 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $7,919.17

Attorney fees paid and disclosed by debtor:   $1,170.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ADT SECURITY SERVICES INC. | Unsecured | 436.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS | Unsecured | 877.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS | Unsecured | NA | 0.00 | 760.82 | 304.33 | 0.00 |
| AMERICAN EXPRESS | Unsecured | NA | 0.00 | 857.58 | 343.03 | 0.00 |
| ASSOCIATES/CITIBANK | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| BLOOMINGDALE'S | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CALIFORNIA BUSINESS BUREAU | Unsecured | 30.00 | 0.00 | 30.00 | 12.00 | 0.00 |
| CAPITAL ONE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CBE GROUP | Unsecured | 58.00 | NA | NA | 0.00 | 0.00 |
| CENTRIS FED CREDIT UNI | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CENTRIS FED CREDIT UNI | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CENTRIS FED CREDIT UNI | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CENTRIS FEDERAL CREDIT UNION | Unsecured | NA | 0.00 | 2,292.96 | 917.18 | 0.00 |
| CITIBANK MASTERCARD | Unsecured | 13,959.00 | NA | NA | 0.00 | 0.00 |
| CITI-BANK S DAKOTA NA | Unsecured | 13,026.00 | NA | NA | 0.00 | 0.00 |
| CITI-BANK S DAKOTA NA | Unsecured | 10,082.00 | NA | NA | 0.00 | 0.00 |
| CITI-BANK S DAKOTA NA | Unsecured | 386.00 | NA | NA | 0.00 | 0.00 |
| CREDIT FIRST NATIONAL ASSOC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECT ASSOC | Unsecured | 97.00 | NA | NA | 0.00 | 0.00 |
| FASHION BUG/SOANB | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| FDS BANK/BURDINES-MACYS | Unsecured | 228.00 | 0.00 | 228.12 | 91.25 | 0.00 |
| FIRST USA BANK | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| FNB OMAHA | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| FNB OMAHA | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| FOLEY'S BANKRUPTCY DEPARTMENT | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| FORD CREDIT | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| GEM/MERVYNS | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| GEM/MERVYNS | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| GEMB/TWEETER TX | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| GREENWOOD TRUST/NOVUS SERVICES | Unsecured | 5,576.00 | NA | NA | 0.00 | 0.00 |
| HOUSEHOLD BANK/RHODES FURN | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| HSBC BANK, USA | Unsecured | NA | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (4/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| HSBC NV | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| HSBC/BSTBY | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| HSBC/YNKRS | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| IBOC MTGS | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 5,629.00 | 0.00 | 3,152.01 | 3,152.01 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 0.00 | 2,278.42 | 911.37 | 0.00 |
| INTERNATIONAL BANK OF COMMERCE | Unsecured | NA | 0.00 | 37,978.00 | 15,191.20 | 0.00 |
| JC PENNEY | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| L.V.N.V. FUNDING | Unsecured | NA | 0.00 | 13,026.18 | 5,210.47 | 0.00 |
| L.V.N.V. FUNDING | Unsecured | NA | 0.00 | 13,959.18 | 5,583.67 | 0.00 |
| L.V.N.V. FUNDING | Unsecured | NA | 0.00 | 10,082.42 | 4,032.97 | 0.00 |
| MAYORS JEWELERS | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| MITSUBISHI MOTOR CREDI | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| MITSUBISHI MOTOR CREDIT | Secured | 18,406.00 | 0.00 | 18,478.46 | 18,478.46 | 2,166.11 |
| MONOGRAM BANK N AMERICA | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| MUTUAL FIRST FCU | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| NEIMAN MARCUS | Unsecured | 41.00 | NA | NA | 0.00 | 0.00 |
| NORDSTROM FSB | Unsecured | 3,135.00 | 0.00 | 3,135.08 | 1,254.03 | 0.00 |
| PALISADES COLLECTIONS | Unsecured | 2,496.00 | NA | NA | 0.00 | 0.00 |
| PINNACLE BANK | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| PINNACLE BNK | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| RICHTREE LANDSCAPING | Unsecured | 436.00 | NA | NA | 0.00 | 0.00 |
| ROBB AND STUCKEY FURNITU | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| ROUNDUP FUNDING | Unsecured | 4,866.00 | 0.00 | 4,866.18 | 1,946.47 | 0.00 |
| SEAR ROEBUCK & CO. | Unsecured | 190.00 | NA | NA | 0.00 | 0.00 |
| TEXAS DEPT OF PUBLIC SAFETY | Unsecured | 590.00 | NA | NA | 0.00 | 0.00 |
| TEXAS WORKFORCE COMMISSION | Unsecured | 660.00 | 0.00 | 660.00 | 264.00 | 0.00 |
| TNB - TARGET | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| TRUGREEN CHEMLAWN | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| US BANK | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| VON MAUR | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| WF FIN BANK | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| WFNNB | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| WFNNB/MICRO ELECTRONICS | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| WFNNB/VCTRIA | Unsecured | NA | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (4/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $18,478.46 | $18,478.46 | $2,166.11 |
| **TOTAL SECURED:** | **$18,478.46** | **$18,478.46** | **$2,166.11** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $3,152.01 | $3,152.01 | $0.00 |
| **TOTAL PRIORITY:** | **$3,152.01** | **$3,152.01** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$90,154.94** | **$36,061.97** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $7,919.17 |
| Disbursements to Creditors | $59,858.55 |
| **TOTAL DISBURSEMENTS :** | **$67,777.72** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 07/23/2009                    By: /s/ Amrane Cohen
                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (4/1/2009)**