1 | Amrane Cohen, Chapter 13 Trustee
  | 770 The City Drive South, Suite 3300
2 | Orange, CA 92868
  | Phone (714) 621-0200
3 | Fax   (714) 621-0277

**FILED**
**JUN 01 2010**
CLERK U.S BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

**United States Bankruptcy Court**
**Central District of California**

|  |  |
|---|---|
| BRETT TYLER HART | ) Chapter 13 |
|  | ) |
|  | ) Case No.: 8:05-bk-20500-ES |
| CHRISTINE LYNN HART | ) |
|  | ) **NOTICE OF UNCLAIMED DIVIDEND** |
|  | ) (Bankruptcy Rule 3011) |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **300688** in the sum of **$466.2** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3011 . The name and address of the party entitled to said unclaimed dividend is as follows:

Mitsubishi Credit of America
P.O. Box 4401
Bridgeton, MO 63044-0401

Date: May 24, 2010

_____
Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|
| | | The Following Payments are Adequate Protection Payments | | | |
| 5555558 | SUSPENSE ACCOUNT ACCT: | Claim: 00004 | 466.20 | 0.00 | 466.20 |
| | | TOTALS | 466.20 | 0.00 | 466.20 |

*Joyce*

Mitsubishi Credit of America
P.O. Box 4401
~~Earth City~~ Bridgeton    MO 63044-0401

05-20500

SUSPENSE ACCOUNT

BALANCE:         [0.00 33/00004]
SSN:        SSN:
ACCT:                        CASE: 5555558
PRINCIPAL:    466.20    INTEREST:    0.00

---

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA 92856

SUNTRUST
800-786-8787

64-79
611

0300688

Mar 04, 2010

VOID 90 DAYS FROM DATE

*******$466.20

PAY    Four Hundred Sixty Six And 20 / 100 Dollars

TO THE ORDER OF    U.S. BANKRUTCY COURT (FISCAL DEPT.)
255 E. TEMPLE STREET
LOS ANGELES, CA 90012

⑈0300688⑈  ⑆061100790⑆:000000575186 2⑈